IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | CASE NO. CR417-220 |
| HARRY SCOTT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 25), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant is deemed competent to stand trial.

SO ORDERED this 8th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY -8 PM 12:05
CLERK_____
SO. DIST. OF GA.